| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824018<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Lakeview Loan Servicing, LLC** | Order Filed on June 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Thomas F. Gattinella, Sr | Case No: 19-15850 - ABA<br><br>Hearing Date: 07/10/2019<br><br>Judge:  Andrew B. Altenburg, Jr |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 21, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

NJID 824018
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Lakeview Loan Servicing, LLC</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

THOMAS F. GATTINELLA, SR    CASE NO. 19-15850 - ABA

    CHAPTER 13

Debtor

    CONSENT ORDER RESOLVING
    OBJECTION TO CONFIRMATION

    HEARING DATE: 07/10/2019

**This Consent Order pertains to the property located at 173 FRIES MILL ROAD, TURNERSVILLE, NJ 08012, mortgage account ending with "2085";**

**THIS MATTER** having been brought before the Court by, Steven N. Taieb, Esquire attorney for debtor, Thomas F. Gattinella, Sr upon the filing of a Chapter 13 Plan, Lakeview Loan Servicing, LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the _____ day of _____, 2019, ORDERED as follows:

1. Lakeview Loan Servicing, LLC has filed a valid, secured Proof of Claim in the amount of **$39,694.68** (claim no. 7).

2. The Trustee is authorized not to pay the secured arrearage claim of Lakeview Loan Servicing, LLC in the amount of **$39,694.68** (claim no. 7), so debtors can apply and potentially complete a loan modification. Should the debtors qualify for a loan modification, the loan modification must be approved no later than **September 1, 2019**.

3. If Loan Modification is approved, Lakeview Loan Servicing, LLC shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4. If a loan modification is not approved by **September 1, 2019**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

     5.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

     6.    This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
LAKEVIEW LOAN SERVICING, LLC

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

                                        Dated:  June 12, 2019

/s/ Steven N. Taieb                   Dated: June 14, 2019
Steven N. Taieb, Esquire
Attorney for debtor