Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  19−15850−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas F. Gattinella
   173 Fries Mill Rd.
   Turnersville, NJ 08012

Social Security No.:
   xxx−xx−7011

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 12, 2019.

On 11/19/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              January 8, 2020
Time:            10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 20, 2019
JAN: lgr

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas F. Gattinella  
    Debtor

Case No. 19-15850-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin              Page 1 of 2          Date Rcvd: Nov 20, 2019
                           Form ID: 185             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db             +Thomas F. Gattinella,    173 Fries Mill Rd.,    Turnersville, NJ 08012-2017
cr             +LAKEVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
518136109      +Credit First Firestone,     PO Box 818011,    Cleveland, Ohio 44181-8011
518136108     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court:  CCS First Savings Bank,     500 E. 60th St. N.,
                 Sioux Falls, South Dakota 57104)
518136110      +Ford Motor Credit,     PO Box 542000,    Omaha, Nebraska 68154-8000
518136111      +Kennedy Health Billing Dept.,     500 Marlboro Ave.,    Cherry Hill, New Jersey 08002-2020
518136112      +Lakeview Loan Servicing LLC,     PO Box 202028,    Florence, South Carolina 29502-2028
518257118      +Lakeview Loan Servicing, LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518136113      +Lending Club Corp. (Quantum 3),     71 Stevenson St., Ste. 300,
                 San Francisco, California 94105-2985
518136115      +Phelan Hallinan et al PC,    400 Fellowship Road Ste 100,    Mt Laurel, New Jersey 08054-3437
518136116      +Prosper Marketplace, Inc. (Quantum 3),     101 2nd St., #F-15,
                 San Francisco, California 94105-3672
518136117       Quantum 3 Group, LLC as agent for Veloci,     P.O. Box 788,    Kirkland, Washington 98083-0788
518136118       Quantum 3 GroupLLC as AGent for Velocity,     P.O. Box 788,    Kirkland, Washington 98083-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2019 00:52:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2019 00:52:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518136107       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2019 01:03:24      Capital One,
                 PO Box 71083,    Charlotte, North Carolina 28272-1083
518158162      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2019 01:03:51
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518136114       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 01:02:30      LVNV Funding LLC,
                 PO Box 10587,    Greenville, South Carolina 29603-0587
518154486       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 01:03:39      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518269909       E-mail/Text: camanagement@mtb.com Nov 21 2019 00:52:12      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
518140536       E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2019 00:52:33
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Nov 20, 2019
                               Form ID: 185             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    LakeView Loan Servicing, LLC nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    LakeView Loan Servicing, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven N. Taieb    on behalf of Debtor Thomas F. Gattinella staieb@comcast.net,    sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```