| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824018<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: LAKEVIEW LOAN SERVICING, LLC | **Order Filed on January 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>THOMAS F. GATTINELLA, SR | Case No: 19-15850 - ABA<br><br>Hearing Date: 02/05/2020<br><br>Judge: Andrew B. Altenburg, Jr |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**NJID 824018**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for LAKEVIEW LOAN SERVICING, LLC</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

THOMAS F. GATTINELLA, SR          CASE NO. 19-15850 - ABA

                                  CHAPTER 13

   Debtor                         CONSENT ORDER RESOLVING
                                  OBJECTION TO CONFIRMATION

                                  HEARING DATE: 02/05/2020

      This Consent Order pertains to the property located at 173 FRIES MILL ROAD, TURNERSVILLE, NJ 08012, mortgage account ending with "2085";

      THIS MATTER having been brought before the Court by, STEVEN N. TAIEB, Esquire attorney for debtor, THOMAS F. GATTINELLA, SR upon the filing of a Chapter 13 Plan, LAKEVIEW LOAN SERVICING, LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

      IT IS on the _____ day of _____, 2020, ORDERED as follows:

      1.    The debtor plan is hereby amended to surrender the property commonly known as 173 Fries Mill Road, Turnersville, NJ 08012 to LAKEVIEW LOAN SERVICING, LLC. due to Relief from Stay being Granted pursuant to Order entered November 5, 2019.

      2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan consistent with this Consent Order.

      3.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
LAKEVIEW LOAN SERVICING, LLC

/s/ Sherri J. Smith                                     Dated: 01/13/2020

Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com


/s/ Steven N. Taieb                                 Dated: 01/24/2020
STEVEN N. TAIEB, Esquire
Attorney for debtor