UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

824018
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: LAKEVIEW LOAN SERVICING, LLC

Order Filed on January 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THOMAS F. GATTINELLA, SR

Case No: 19-15850 - ABA

Hearing Date: 02/05/2020

Judge: Andrew B. Altenburg, Jr

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**NJID 824018**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for LAKEVIEW LOAN SERVICING, LLC</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

THOMAS F. GATTINELLA, SR

    Debtor

CASE NO. 19-15850 - ABA

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 02/05/2020

    This Consent Order pertains to the property located at 173 FRIES MILL ROAD, TURNERSVILLE, NJ 08012, mortgage account ending with "2085";

    THIS MATTER having been brought before the Court by, STEVEN N. TAIEB, Esquire attorney for debtor, THOMAS F. GATTINELLA, SR upon the filing of a Chapter 13 Plan, LAKEVIEW LOAN SERVICING, LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2020, ORDERED as follows:

    1.    The debtor plan is hereby amended to surrender the property commonly known as 173 Fries Mill Road, Turnersville, NJ 08012 to LAKEVIEW LOAN SERVICING, LLC. due to Relief from Stay being Granted pursuant to Order entered November 5, 2019.

    2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan consistent with this Consent Order.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
LAKEVIEW LOAN SERVICING, LLC

/s/ Sherri J. Smith                              Dated:  01/13/2020

Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com


/s/ Steven N. Taieb                             Dated: 01/24/2020
STEVEN N. TAIEB, Esquire
Attorney for debtor

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 19-15850-ABA
Thomas F. Gattinella                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 24, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db          +Thomas F. Gattinella,   173 Fries Mill Rd.,   Turnersville, NJ 08012-2017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    LakeView Loan Servicing, LLC nj.bkecf@fedphe.com
              Phillip Andrew Raymond    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
               phillip.raymond@mccalla.com
              Robert  Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    LakeView Loan Servicing, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven N. Taieb    on behalf of Debtor Thomas F. Gattinella staieb@comcast.net,   sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11