| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Thomas F. Gattinella<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7011 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   3/22/19 |
| Case number: | 19–15850–ABA | Date case converted to chapter: | 7   4/30/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas F. Gattinella | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 173 Fries Mill Rd.<br>Turnersville, NJ 08012 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven N. Taieb<br>Law Office of Steven Taieb<br>1155 Route 73<br>Suite 11<br>Mount Laurel, NJ 08054 | Contact phone (856) 235–4994<br><br>Email:  staieb@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 4/30/20 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 12, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/11/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas F. Gattinella  
    Debtor

Case No. 19-15850-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Apr 30, 2020  
　　　　　　　　　　　　　Form ID: 309A　　　Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.

```
db              +Thomas F. Gattinella,    173 Fries Mill Rd.,    Turnersville, NJ 08012-2017
518136108      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: CCS First Savings Bank,    500 E. 60th St. N.,
                 Sioux Falls, South Dakota 57104)
518136111       +Kennedy Health Billing Dept.,    500 Marlboro Ave.,    Cherry Hill, New Jersey 08002-2020
518136112       +Lakeview Loan Servicing LLC,    PO Box 202028,    Florence, South Carolina 29502-2028
518257118       +Lakeview Loan Servicing, LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518136113       +Lending Club Corp. (Quantum 3),    71 Stevenson St., Ste. 300,
                 San Francisco, California 94105-2985
518136115       +Phelan Hallinan et al PC,    400 Fellowship Road Ste 100,    Mt Laurel, New Jersey 08054-3437
518136116       +Prosper Marketplace, Inc. (Quantum 3),    101 2nd St., #F-15,
                 San Francisco, California 94105-3672
518136117        Quantum 3 Group, LLC as agent for Veloci,    P.O. Box 788,    Kirkland, Washington 98083-0788
518136118        Quantum 3 GroupLLC as AGent for Velocity,    P.O. Box 788,    Kirkland, Washington 98083-0788
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: staieb@comcast.net Apr 30 2020 23:20:25     Steven N. Taieb,
                 Law Office of Steven Taieb,    1155 Route 73,    Suite 11,    Mount Laurel, NJ 08054
tr              +EDI: BASKLAR.COM May 01 2020 02:43:00      Andrew Sklar,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, NJ 08043-4317
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518136107        EDI: CAPITALONE.COM May 01 2020 02:43:00      Capital One,    PO Box 71083,
                 Charlotte, North Carolina 28272-1083
518158162       +EDI: AIS.COM May 01 2020 02:43:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518136109       +EDI: CRFRSTNA.COM May 01 2020 02:43:00      Credit First Firestone,    PO Box 818011,
                 Cleveland, Ohio 44181-8011
518136110       +EDI: FORD.COM May 01 2020 02:43:00      Ford Motor Credit,    PO Box 542000,
                 Omaha, Nebraska 68154-8000
518136114        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 23:26:40      LVNV Funding LLC,
                 PO Box 10587,    Greenville, South Carolina 29603-0587
518154486        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 23:26:41      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518269909        E-mail/Text: camanagement@mtb.com Apr 30 2020 23:21:19      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
518140536        EDI: Q3G.COM May 01 2020 02:43:00      Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 12
```

       ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                   Page 2 of 2                   Date Rcvd: Apr 30, 2020
                                Form ID: 309A                 Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0
```