**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br>GATTINELLA, THOMAS F. | Case No.: 19-15850-ABA<br>Chapter: 7<br>Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on July 14, 2020, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 173 FRIES MILL RD., TURNERSVILLE NJ 08012<br>(FMV $280,000.00) |
|---|---|

| Liens on property: | $252,152.36 - M&T BANK |
|---|---|

| Amount of equity claimed as exempt: | $14,564.29 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:           Andrew Sklar, Chapter 7 Trustee

Address:        1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                       Case No. 19-15850-ABA
Thomas F. Gattinella                                                         Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                   Date Rcvd: Jun 15, 2020
                               Form ID: pdf905              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db             +Thomas F. Gattinella,    173 Fries Mill Rd.,    Turnersville, NJ 08012-2017
cr             +LAKEVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
518136109      +Credit First Firestone,    PO Box 818011,    Cleveland, Ohio 44181-8011
518136108     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: CCS First Savings Bank,   500 E. 60th St. N.,
                 Sioux Falls, South Dakota 57104)
518136110      +Ford Motor Credit,    PO Box 542000,    Omaha, Nebraska 68154-8000
518136111      +Kennedy Health Billing Dept.,    500 Marlboro Ave.,    Cherry Hill, New Jersey 08002-2020
518136112      +Lakeview Loan Servicing LLC,    PO Box 202028,    Florence, South Carolina 29502-2028
518257118      +Lakeview Loan Servicing, LLC,    Kevin G. McDonald, Esquire,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518136113      +Lending Club Corp. (Quantum 3),    71 Stevenson St., Ste. 300,
                 San Francisco, California 94105-2985
518136115      +Phelan Hallinan et al PC,    400 Fellowship Road Ste 100,    Mt Laurel, New Jersey 08054-3437
518136116      +Prosper Marketplace, Inc. (Quantum 3),    101 2nd St., #F-15,
                 San Francisco, California 94105-3672
518136117       Quantum 3 Group, LLC as agent for Veloci,    P.O. Box 788,    Kirkland, Washington 98083-0788
518136118       Quantum 3 GroupLLC as AGent for Velocity,    P.O. Box 788,    Kirkland, Washington 98083-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2020 00:45:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2020 00:45:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518136107       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 00:58:41    Capital One,
                 PO Box 71083,    Charlotte, North Carolina 28272-1083
518158162      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2020 00:58:22
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518136114       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 00:58:53      LVNV Funding LLC,
                 PO Box 10587,    Greenville, South Carolina 29603-0587
518154486       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 00:58:14      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518269909       E-mail/Text: camanagement@mtb.com Jun 16 2020 00:44:54     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
518140536       E-mail/Text: bnc-quantum@quantum3group.com Jun 16 2020 00:45:14
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,   PO Box 788,
                 Kirkland, WA   98083-0788
                                                                                              TOTAL: 8

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                 Page 2 of 2              Date Rcvd: Jun 15, 2020
                               Form ID: pdf905             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
```
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;sklar@premierremote.com
              Andrew L. Spivack    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    LakeView Loan Servicing, LLC nj.bkecf@fedphe.com
              Phillip Andrew Raymond    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Robert   Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    LakeView Loan Servicing, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven N. Taieb    on behalf of Debtor Thomas F. Gattinella staieb@comcast.net, sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```